

MURIEL GOODE-TRUFANT
Corporation Counsel

**NEW YORK CITY LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NEW YORK 10007

ELIZABETH I. FREEDMAN]
Assistant Corporation Counsel
212-356-0836
efreedma@law.nyc.gov

June 3, 2025

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007
civilcases@ca2.uscourts.gov
cit_mgmt@ca2@uscourts.gov

Re: *Avila v. New York City Housing Authority*
Docket No. 25-1334

Dear Ms. Wolfe:

The New York City Law Department respectfully requests that it no longer be identified as counsel for defendant New York City Housing Authority on the docket for this appeal. The district court dismissed plaintiff's complaint sua sponte, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim on which relief may be granted, evidently before service of process was completed, so that defendant did not appear in the district court in this matter. Please also note that the New York City Law Department does not represent the New York City Housing Authority, so this office would not be entering an appearance for that defendant herein, in any event.

Thank you for your consideration, and attention to this matter.

Respectfully submitted,

MURIEL GOODE-TRUFANT
*Corporation Counsel*
*of the City of New York*

By: /s/ Elizabeth I. Freedman
Elizabeth I. Freedman
Assistant Corporation Counsel

cc: (via U.S. mail):

Jimmy Avila
1412 College Avenue, Apt. 1B
Bronx, New York 10456
Plaintiff-Appellant *pro se*